FILED
CHARLOTTE, NC
OCT 29 2013
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13MJ302 |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TERRENCE TATE ) | |

This matter having come before the Court on the Motion to Dismiss filed by the United States, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the United States is **GRANTED,** and the Criminal Complaint filed against Terrence Tate on October 17, 2013 should be dismissed.

October 29, 2013

DAVID C. KEESLER
UNITED STATE MAGISTRATE JUDGE